JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN COLLINS,<br><br>                        Petitioner,<br><br>            v.<br><br>WARDEN,<br><br>                        Respondent. | Case No. 5:21-cv-167-SB (MAR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** with prejudice.

Dated:  December 17, 2021

Stanley Blumenfeld, Jr.
United States District Judge